

**Baker & McKenzie LLP**

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

February 03, 2021

**VIA ECF**

Honorable Brenda K. Sannes
U.S. District Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

> *Re:   Brown v. Google, LLC and Google Payment Corp.*
> *Civil Action No. 8:20-cv-1311 (BKS/DJS)*

Dear Judge Sannes,

We represent Defendants Google LLC and Google Payment Corp. in the above-captioned matter. We write to jointly request that the Court enter the briefing schedule set forth below with regard to Defendants' Motion to Dismiss (Doc. 21).

On December 22, 2020, the Court granted Defendants' letter motion requesting an extension of time to respond to the Complaint, as well as the request that Plaintiff have at least sixty (60) days to respond. Thus, the parties now jointly request that Defendants have thirty (30) days after that response to file a reply, in accordance with the following briefing schedule:

1. Plaintiff's response to the Motion will be due March 31, 2021.

2. Defendants' reply will be due on April 30, 2021.

Plaintiff's counsel has filed similar cases involving similar allegations against Google Payment Corp. and Google LLC in Alabama, New Mexico, and Mississippi. The parties are seeking by agreement the same briefing scheduling in each of these other cases. Thus, the briefing schedule requested by the parties would align the response and reply dates in each of these cases.

As indicated above, the parties make this motion jointly. The requested briefing schedule will not cause undue delay or prejudice the parties' rights or interests in the matter. Google LLC and Google Payment Corp. make this motion for extension of time without waiver of any defense as to personal jurisdiction or venue.

Respectfully submitted,

Baker & McKenzie LLP is a member of Baker & McKenzie International.



<u>/s/ *Catherine Y. Stillman*</u>

Catherine Y. Stillman
Christina N. Cerutti
Attorneys for Defendants
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, New York 10018
catherine.stillman@bakermckenzie.com
christina.cerutti@bakermckenzie.com


CC:   Dargan M. Ware
      Wesley Barnett
      Attorneys for Plaintiff
      DAVIS & NORRIS, LLP
      2154 Highland Avenue S.
      Birmingham, AL 35205
      dware@davisnorris.com
      wbarnett@davisnorris.com